IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BROADCAST MUSIC, INC. et al. *

    Plaintiffs *

    vs. * CIVIL ACTION NO. MJG-17-2704

MACGREGOR'S, INC., etc., et al. *

    Defendants *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

The Court has before it Plaintiffs' Motion for Default Judgment [ECF No. 12] to which no timely opposition has been filed. The motion appears meritorious and is unopposed. Under these circumstances, the Court will grant the motion.

Accordingly:

1. Plaintiffs' Motion for Default Judgment [ECF No. 12] is GRANTED

2. The proffered Order of Judgment is issued herewith.

SO ORDERED this Tuesday, February 20, 2018.

                              _____/s/_____
                                  Marvin J. Garbis
                         United States District Judge